Chun-Hui Miao
1014 Greene St.
Columbia, SC 29208
Telephone: (803) 777-2583
E-Mail: miao@moore.sc.edu

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUN-HUI MIAO, BIAN-WANG.COM<br><br>    Defendants | Case No.: C18-1074<br><br>NOTICE OF MOTION AND MOTION FOR A HEARING IN COMPLIANCE WITH LOCAL RULE 7-2(a) AND JUDGE RYU'S STANDING ORDER<br><br>DATE: May 10, 2018<br>TIME: 11am<br>COURTROOM: 4 - 3rd Floor, Oakland Courthouse<br>JUDGE: Honorable Donna M. Ryu |

    PLEASE TAKE NOTICE that on May 10, 2018, at 11am, or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Donna M. Ryu located at Oakland Courthouse, Courtroom 4 - 3rd Floor, 1301 Clay Street, Oakland, CA 94612. I will, and hereby do, move for an order granting the Motion to Dismiss, or in the alternative, to Transfer Venue.

    The motion will be based on this Notice of Motion, the attached Memorandum of Law, the Declaration of Chun-Hui Miao, and the files and records herein.

                                                 Respectfully submitted,
                                                 /s/ Chun-Hui Miao
                                                 bian-wang.com
                                                 *Pro Se*

    March 2, 2018,
    Columbia, South Carolina