UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE,

    Plaintiff,

v.

CHUN-HUI MIAO,

    Defendant.

Case No. 18-cv-01074-DMR

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

**( ) Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    OR

**( ) Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:

NAME:
COUNSEL FOR:
(OR "PRO SE:)

_____
Signature

2

## CERTIFICATE OF SERVICE

The undersigned Defendant, Chun-Hui Miao, hereby certifies that on this 2nd day of March 2018, he served a copy of CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION via Electronic Mail on

**Plaintiff**
Dongxiao Yue
111 Deerwood Road,
Suite 200
San Ramon, CA 94583
ydx@netbula.com

Chun-Hui Miao (Bian-wang.com), Pro Se