Chun-Hui Miao
1014 Greene St.
Columbia, SC 29208
Telephone: (803) 777-2583
E-Mail: miao@moore.sc.edu

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>          Plaintiff,<br><br>vs.<br><br>CHUN-HUI MIAO, BIAN-WANG.COM<br><br>          Defendants | Case No.: 4:18-cv-01074-DMR<br><br>[PROPOSED] ORDER GRANTING THE MOTION OF DEFENDANTS CHUN-HUI MIAO AND BIAN-WANG.COM TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a).<br><br>TRIAL DATE: NOT SET<br><br>DATE: May 10, 2018<br>TIME: 11:00 a.m.<br>COURTROOM: 4 - 3rd Floor, Oakland Courthouse<br>JUDGE: Honorable Donna M. Ryu |

## [PROPOSED] ORDER

The Motion to Dismiss Complaint or, in the Alternative To Transfer

Venue filed by Defendants Chun-Hui Miao ("Miao") and Bian-wang.com ("Bian-

wang"), pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and 28

U.S.C. § 1404(a), came on regularly for hearing on May 10, 2018 at 11:00 a.m.

Having thoroughly considered the briefs of the parties, the pleadings, files and records in this action, and the arguments presented at the hearing, and good cause appearing therefrom:

1. IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss Complaint is hereby GRANTED; and

2. IT IS FURTHER ORDERED that the Complaint and each claim for relief against the Defendants contained in the Complaint is dismissed.

OR

IT IS HEREBY ORDERED that, pursuant to U.S.C § 1404(a), this action is hereby transferred to the District Court of South Carolina, Columbia Division.

**IT IS SO ORDERED.**

DATED: _____
                                    HONORABLE DONNA M. RYU

2

## __CERTIFICATE OF SERVICE__

I hereby certify that on [DATE], I electronically filed the foregoing [PROPOSED] ORDER GRANTING THE MOTION OF DEFENDANTS CHUN-HUI MIAO and BIAN-WANG.COM TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(2) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE pursuant to U.S.C § 1404(a) with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Ivy Lerma Garcia
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

**CERTIFICATE OF SERVICE**

The undersigned Defendant, Chun-Hui Miao, hereby certifies that on this 8th day of March

2018, he served a copy of PROPOSED ORDER GRANTING THE MOTION OF

DEFENDANTS CHUN-HUI MIAO AND BIAN-WANG.COM TO DISMISS PLAINTIFFS'

COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE, TO

TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) via Electronic Mail on

**Plaintiff**
Dongxiao Yue
111 Deerwood Road,
Suite 200
San Ramon, CA 94583
ydx@netbula.com

/s/ Chun-Hui Miao
Chun-Hui Miao
Bian-wang.com
*Pro Se*