UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUN-HUI MIAO, et al.,<br><br>    Defendants. | Case No. 18-cv-01074-DMR<br><br>**ORDER TO SHOW CAUSE** |

This action was removed from Contra Costa County Superior Court on February 20, 2018. [Docket No. 1.] The complaint names two defendants: Chun-Hui Miao, an individual, and Bian-wang.com, a website "created" by Miao. Compl. ¶ 5. Defendant Miao is representing himself in this action and has filed a motion to dismiss the complaint, purportedly on behalf of himself and Bian-wang.com. [*See* Docket No. 12 at 4 ("Defendants, Chun-Hui Miao ('Miao') and Bian-wang.com ('Bian-wang') (hereinafter collectively 'Defendant') file this Memorandum of Points and Authorities. . .").] No attorney has appeared on behalf of Bian-wang.com. By no later than March 27, 2018, Defendants shall show cause why Bian-wang.com is not subject to the requirements of Civil Local Rule 3-9(b), which provides that "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."

**IT IS SO ORDERED.**

Dated: March 13, 2018



_____
Donna M. Ryu
United States Magistrate Judge